# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
DEC 03 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL ANTHONY ANDRADE and JAVIER SOLIS,<br><br>_Defendant(s)_ | Case No.<br>1: 13 MJ 00248 SKO |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 1, 2013 through present__ in the county of __FRESNO__ in the State and Eastern District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC section 1591(a)(1): two counts | Sex trafficking of a minor through the use of force, fraud, or coersion; sex trafficking of a minor knowing or in reckless disregard of the fact that the person had not attained the age of 18 |

This criminal complaint is based on these facts:
See attached affidavit of Tomas Cantu, incorporated therein by reference. (SKO)

☑ Continued on the attached sheet.

_____  #1091
_Complainant's signature_

Tomas Cantu, Fresno Police Detective
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __12/03/2013__

_____
_Judge's signature_

City and state: __Fresno, CA__

Honorable Sheila K. Oberto, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT OF TOMAS CANTU

### a. Introduction

This affidavit is in support of a Criminal Complaint charging Michael Anthony Andrade and Javier Solis for violations of 18 USC §1591(a)(1), sex trafficking of a minor by force, fraud or coercion. As set forth in more detail below, Andrade and Solis were involved in prostituting two minors: Confidential Victim 1 was 17 years old and Confidential Victim 2 was 15 years old.

### b. Background and experience of Affiant

I, Detective Tomas Cantu (Your Affiant), have been employed by the City of Fresno as a Police Officer for over 12 years. While employed as a Police Officer I have been assigned to the Patrol Bureau, Traffic Bureau, the Family Justice Bureau-Child Abuse Unit, the Street Narcotics Enforcement Team and the Violent Crime Impact Team. I attended the Basic Police Academy in Fresno, California in June of 2000 and have completed 980 hours of training in the academy. My formal education consists of a Bachelor's degree in Criminology from California State University, Fresno.

While on the Patrol Bureau, I was primary or assisting officer in over 60 drug-related investigations. While on the Traffic Bureau, I investigated cases involving alcohol- and/or drug- related driving offenses. My duties in the Child Abuse Unit consisted of investigating child abuse crimes, drug-endangered children and interviewing suspects, victims and witnesses. I have approximately 120 hours of training directly related to child abuse investigations. I have 20 hours of training related to Search Warrants. While assigned to the Street Narcotics Enforcement Team (Street N.E.T.), my primary duties included the investigation of drug-related crimes, audio and visual surveillance and confidential informant management. My assignment in the Violent Crime Impact Team consisted of surveillance and drug-related investigations.

Currently I am assigned to the Special Investigation Bureau / VICE unit where my duties include surveillance, reviewing and investigating possible illegal activities related to prostitution, pimping, and illegal gambling. I have personally conducted, or actively participated in, multiple illegal gambling-related investigations. I am familiar with, and have direct experience and training in, all of the conventional investigative methods, including, but not limited to, visual surveillance, general questioning of witnesses, suspect interviews, search warrants, financial investigations/money laundering and the use of undercover agents.

### c. Statement of Probable cause

The information contained in this affidavit is based upon my personal knowledge and on the information I have learned from reviewing official reports and speaking with local and federal law enforcement officers and officers from the San Luis Obispo Police Department. These facts may not represent all of the facts gathered to date, but only those necessary to establish probable cause in this matter.

On 10/24/2013, Fresno Police Department officers responded to a residence located in the City of Fresno, a confidential location, concerning allegations of the sex trafficking of minors. Two female victims identified during the investigation were Confidential Victim 1, who was 17 years old, and Confidential Victim 2, who was 15 years old.

Confidential Victim 1 was the first minor contacted by law enforcement. She said she had first been prostituted in the City of Fresno and had then been taken to the City of San Luis Obispo for the purpose of prostitution. Confidential Victim 1 was brought home from San Luis Obispo by her mother on 10/24/2013, but stated that Confidential Victim 2 was still under the control of the involved suspects (later identified as Andrade and Solis) in San Luis Obispo. Confidential Victim 1 identified the motel where Confidential Victim 2 was at in San Luis

Obispo and provided information indicating that Confidential Victim 2 was still being prostituted by Suspect Andrade and Suspect Solis.

Based on this information, my FBI partner contacted the San Luis Obispo PD and informed them of the situation and that Confidential Victim 2 was believed to be prostituting out of Room 112 of the Motel 6 in the City of San Luis Obispo. This information was passed on to San Luis Obispo Police Department on October 24, 2013, and San Luis Obispo officers responded to this location where they found Confidential Victim 2 Rn room 112 and were successful in removing her from that location. In San Luis Obispo PD's interview of Confidential Victim 2, she stated she had prostituted for Suspects Andrade and Solis in Fresno prior to prostituting for them in San Luis Obispo. San Luis Obispo PD investigators searched Confidential Victim 2's cellular telephone. The content of that cellular telephone was consistent with the allegations that she was prostituting for Suspect Andrade and Suspect Solis. San Luis Obispo PD investigators also found a significant amount of what was believed to be methamphetamine and marijuana in the room according to their training and experience. According to the motel's registration information, Room 112 was rented by Suspect Solis.

In her statement, Confidential Victim 1 stated that she ran away from home in September of 2013 and was ultimately befriended by two adult males. She was able to identify these males in a photographic lineup as Javier Solis, 28 years-old, and Michael Andrade, 33 years-old. At first, Confidential Victim 1 believed she was going to be selling drugs (Marijuana) for the suspects, however, later learned she was going to have to prostitute herself and give any money she earned to the suspects. At the time Confidential Victim 1 became involved in prostituting for Andrade and Solis, Confidential Victim 2 was already working as a prostitute for them.

Confidential Victim 1 stated she believed that Confidential Victim 2 had been "acquired" by Suspects Solis and Andrade from an African American male known as "Jay" as a form of payment for an unknown debt owed by "Jay" and that Confidential Victim 2 was pressured to prostitute. Confidential Victim 2, under orders from Suspects Solis and Andrade, helped Confidential Victim 1 understand the rules she needed to follow as a prostitute and how to deal with "Johns" (customers of a prostitute).

Confidential Victim 2 was taken to a tattoo parlor in Fresno where Suspects Andrade and Solis had their gang monikers, "Dove" and "Joker," tattooed on her shoulders. San Luis Obispo investigators confirmed that Confidential Victim 2 has the names "Dove" and "Joker" tattooed on her shoulders.

Suspect Andrade tricked Confidential Victim 1 into believing she was going to be receiving some of the money she earned from her prostitution activity; he told her they would split the profits. However, Suspect Andrade did not share any of the money earned from prostitution by the victims. Based on training and experience I know this to be a tactic used by pimps on the subjects they have in their control and working for them to help pursued them to prostitute or continue to prostitute. Confidential Victims 1 and 2 were provided with illegal narcotics, Methamphetamine, Marijuana and Cocaine. Based on my training and experience I know this to be a tactic used by pimps to keep the females they have in their control continue to work as a prostitute for them.

Confidential Victim 1 and Confidential Victim 2 were each provided with cell phones by Suspects Solis and Andrade for the purpose of obtaining prostitution dates. The cell phones were monitored and also used to track how many dates were scheduled and how many were completed by the victims. Suspects Solis and Andrade placed prostitution ads for both victims

AFFIDAVIT OF TOMAS CANTU

4

on the myredbook website and pressured and threatened both of them into working as a prostitute.

Based on the circumstances and the nature of their contact with the victims, Suspects Andrade and Solis were in a position to know that Confidential Victims 1 and 2 were under the age of 18 years old.  Suspect Andrade told Confidential Victim 1 to tell potential prostitution clients or anyone she came into contact with that she was 19 years old to help eliminate any kind of suspicion or police contact.  Confidential Victim 1 stated Solis knew members of her family.  Suspects Andrade and Solis were with present with both Confidential Victims for several days during the day and night while the victims were involved in prostitution; Confidential Victim 1 was estimated to have been with Suspects Andrade and Solis for about a week while Confidential Victim 2 was estimated to have been with Andrade and Solis for several weeks.  Suspects Andrade and Solis had sufficient time and opportunities to recognize Confidential Victim 1 and Confidential Victim 2 were under the age of 18 years.   Suspects Andrade and Solis often were in the same vehicle together and had travelled together to local businesses and to the central coast.  Additionally, Suspects Andrade and/or Solis were the ones who rented motel rooms; as minors, Confidential Victims 1 and 2 would not be able to rent a room.

Suspects Solis and Andrade paid for motel rooms, clothing and food for the Confidential Victims from the illegal funds obtained from prostitution activity.

Confidential Victims 1 and 2 were forced to prostitute and complete sex acts on Suspects Solis and Andrade in the City of Fresno and the City of San Luis Obispo.  Suspects Andrade and Solis planned on taking Confidential Victims 1 and 2 to Las Vegas, Nevada for the purpose of prostitution prior to Confidential Victim 1 escaping and reporting this incident to Law Enforcement.

Corroboration and physical evidence to Confidential Victim 2's statement were obtained from law enforcement in the City of San Luis Obispo. Law enforcement in the City of San Luis Obispo obtained search warrants and assisted by obtaining suspect phone records, video surveillance, suspect clothing and other indicia related to this investigation.

Confidential Victim 1 related that on at least one occasion, Solis forcefully pulled Confidential Victim 2's hair in an effort to punish her. On at least one occasion, Solis threatened to "fuck up" Confidential Victim 1 if she did not prostitute. Confidential Victim 1 and Confidential Victim 2 would not be fed if they did not earn enough money prostituting. Confidential Victim 1 was afraid of possible gang retaliation from Solis if she did not comply with his demands to continue to prostitute for him and Andrade. Suspects Andrade and Solis had very noticeable gang tattoos and Confidential Victim 1 understood they were gang members.

Suspects Andrade and Solis advertised Confidential Victim 1 and Confidential Victim 2 on www.myRedBook.com, which is an internet prostitution website based outside of the United States of America and in the Republic of Seychelles. However, the website (www.myRedbook.com) can be accessed from the United States of America by using the internet. Andrade and Solis gave Confidential Victim 1 and Confidential Victim 2 cellular telephones, and the numbers to those phones were posted on the victim's respective ads and were the means by which prospective johns contacted the victims in order to make dates with them. Suspects Andrade and Solis rented hotel rooms at the Days Inn in Fresno and the Motel 6 in San Luis Obispo for the victims to prostitute out of. Both the Days Inn and the Motel 6 are national chain businesses.

According to records, Confidential Victim 1 has a date of birth of April 23, 1996 and Confidential Victim 2 has a date of birth of June 30, 1998.

Based upon the above information, Your Affiant believes he has probable cause to believe Michael Anthony Andrade and Javier Solis are in violation of 18 USC §1591.

The foregoing is true and correct to the best of my information and knowledge.

Tomas Cantu
Fresno Police Department

Sworn to before me and subscribed in my presence this 3rd day of December, 2013.

Honorable SHEILA K. OBERTO
United States Magistrate Judge

Approved as to form

Mia A. Giacomazzi

AFFIDAVIT OF TOMAS CANTU                            7